UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:

**Juan Solano,**
**and other similarly situated individuals,**

        **Plaintiff(s),**

vs.

**Hector Transport, Inc., Yenysleys Cruz Espinosa,**
**Luis Almeida and Osmel Barrios Alcolea,**

        **Defendants.**
_____/

## COMPLAINT
(OPT-IN PURSUANT TO 29 U.S.C § 216(B))

Plaintiff, JUAN SOLANO, and other similarly situated individuals, by and through the undersigned counsel, sue Defendants, HECTOR TRANSPORT, INC., YENYSLEYS CRUZ ESPINOSA, LUIS ALMEIDA AND OSMEL BARRIOS ALCOLEA and allege:

1. This is an action to recover money damages for unpaid wages under the laws of the United States. This Court has jurisdiction pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201-219 (Section 216 for jurisdictional placement) ("the Act").

2. Plaintiff, Juan Solano, is a resident of Miami-Dade County, Florida, within the jurisdiction of this Honorable Court. Plaintiff is a covered employee for purposes of the Act.

3. Defendants, HECTOR TRANSPORT, INC., is a Florida Limited Liability Company and a Florida resident, respectively, having their main place of business in Miami-Dade County, Florida, where Plaintiff worked for Defendants, and at all times material hereto were and are engaged in interstate commerce. YENYSLEYS CRUZ ESPINOSA, LUIS

ALMEIDA AND OSMEL BARRIOS ALCOLEA the individual Defendants reside in Miami-Dade County, Florida.

4. Plaintiff was a driver who performed various duties which included: picking up and driving patients in a transport bus, and, through his business activity, affects interstate commerce. Plaintiff's work for the Defendants likewise affects interstate commerce. Plaintiff was employed by Defendants as a driver by HECTOR TRANSPORT, INC., YENYSLEYS CRUZ ESPINOSA, LUIS ALMEIDA AND OSMEL BARRIOS ALCOLEA.

5. While employed by Defendants, the Defendants failed to pay the Plaintiff any wages for one entire pay period. Plaintiff earned $13.00 per hour during his employment with the Defendants.

6. Prior to the completion of discovery and to the best of Plaintiff's knowledge, at the time of the filing of this complaint, **Plaintiff's good faith estimate of unpaid wages** are as follows:

**Actual Damages** plus interest, representing the amount of unpaid wages on a weekly basis is as follows:

- Pay period one (pay period September 28, 2020 through October 02, 2020): Plaintiff worked 48 hours ($13.00 per hour) of unpaid wages for a total amount due of $624.00

THEREFORE, the Plaintiff is owed a total of $624.00 in unpaid wages.

**Liquidated Damages** representing an equal amount in double damages/liquidated damages of: $624.00.

**TOTAL DAMAGES: $1,248.00 plus reasonable attorney's fees and costs of suit**.

## COUNT I: FAILURE TO PAY/MINIMUM
## WAGE VIOLATION BY HECTOR TRANSPORT, INC., YENYSLEYS CRUZ ESPINOSA, LUIS ALMEIDA AND OSMEL BARRIOS ALCOLEA

7. Plaintiff, Juan Solano, re-adopts each and every factual allegation as stated in paragraphs 1 through 6 above as if set out in full herein.

8. At all times material hereto, the Defendants, HECTOR TRANSPORT, INC., YENYSLEYS CRUZ ESPINOSA, LUIS ALMEIDA AND OSMEL BARRIOS ALCOLEA, failed to comply with Title 29 U.S.C. §§201-219 and 29 C.F.R. and § 516.2 and §516.4 et seq. in that the Plaintiff, Juan Solano, performed services and no provision were made by the Defendants to properly pay him as required by the act. The additional persons who may become Plaintiffs in this action were weekly paid employees and/or former employees of the Defendants, HECTOR TRANSPORT, INC., YENYSLEYS CRUZ ESPINOSA, LUIS ALMEIDA AND OSMEL BARRIOS ALCOLEA, who are and who were subject to the unlawful payroll practices and procedures of the Defendants.

9. The Defendant, HECTOR TRANSPORT, INC., knew and/or showed reckless disregard for the provisions of the Act concerning the payment of wages required by the Fair Labor Standards Act (FLSA) and remain owing the Plaintiff, Juan Solano, straight wages as set forth above.

10. The Plaintiff, Juan Solano, is entitled to recover double damages. DEFENDANTS, HECTOR TRANSPORT, INC., YENYSLEYS CRUZ ESPINOSA, LUIS ALMEIDA AND OSMEL BARRIOS ALCOLEA never posted any notice, as required by the Fair Labor Standards Act (FLSA) and Federal Law, to inform employees of their federal rights to minimum wage payments.

11. The Defendants, HECTOR TRANSPORT, INC., YENYSLEYS CRUZ ESPINOSA, LUIS ALMEIDA AND OSMEL BARRIOS ALCOLEA willfully and intentionally refused to pay the Plaintiff, Juan Solano, minimum wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since October 2, 2020.

12. The Plaintiff, Juan Solano, has retained the law offices of the undersigned attorney to represent him in this action and is obligated to pay reasonable attorney's fees.

13. The Defendants, HECTOR TRANSPORT, INC., YENYSLEYS CRUZ ESPINOSA, LUIS ALMEIDA AND OSMEL BARRIOS ALCOLEA, have violated the FLSA's prompt payment requirement by failing to pay Plaintiff, Juan Solano, promptly.

14. The Defendants, HECTOR TRANSPORT, INC., YENYSLEYS CRUZ ESPINOSA, LUIS ALMEIDA AND OSMEL BARRIOS ALCOLEA violation of FLSA provisions concerning prompt, regular payment of wages was willful.

15. The Defendants, HECTOR TRANSPORT, INC., YENYSLEYS CRUZ ESPINOSA, LUIS ALMEIDA AND OSMEL BARRIOS ALCOLEA knew and/or showed reckless disregard for the provisions of the FLSA and its regulations concerning prompt, regular payment of wages.

16. The Plaintiff, Juan Solano, is entitled to recover liquidated damages in an amount equal the actual damages for Defendant's FLSA violation.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff and those similarly-situated request that this Honorable Court:

A.   Enter judgment for Plaintiff and other similarly-situated and against the Defendants, HECTOR TRANSPORT, INC., YENYSLEYS CRUZ ESPINOSA, LUIS

ALMEIDA AND OSMEL BARRIOS ALCOLEA on the basis of Defendants' willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and other Federal Regulations; and

    B.    Award Plaintiff actual damages in the amount shown to be due for unpaid wages, with interest; and

    C.    Award Plaintiff an equal amount in double damages/liquidated damages; and

    D.    Award Plaintiff reasonable attorneys' fees and costs of suit; and

    E.    Grant such other and further relief as this Court deems equitable and just and/or available pursuant to Federal Law.

## JURY DEMAND

Plaintiff and those similarly-situated demand trial by jury of all issues triable as of right by jury.

Respectfully submitted,

| | |
|---|---|
| **JARA LAW FIRM** | **PRADA LAW** |
| 10271 Sunset Drive, Suite 103 | 1450 NW 87th Ave Ste 210 |
| Miami, Florida 33173 | Miami, FL 33172-3009 |
| Telephone: (305) 372-0290 | Telephone: 305-203-1059 |
| Franklin@JaraLaw.com | Fax: 786-513-4627 |
| Joanna@JaraLaw.com | jcpratt@prada.law |
| | |
| By: /s/ Franklin A. Jara | By: /s/Jennifer C. Pratt |
| Franklin Antonio Jara, Esq. | Jennifer C. Pratt, Esq. |
| Fla. Bar No. 636681 | Fla. Bar No. 84578 |
| Co-Counsel for Plaintiff | Co-Counsel for Plaintiff |